UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: ROOSEVELT KENNERSON JR<br>CAROL V KENNERSON<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 12-23816 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/13/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/24/2012.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 2

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,082.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================
 Receipts:
        Total paid by or on behalf of the debtor      $            .00
        Less amount refunded to debtor                $            .00
 NET RECEIPTS                                                $            .00
==================================================================


==================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan         $            .00
        Court Costs                                   $            .00
        Trustee  Expenses and Compensation            $            .00
        Other                                         $            .00

 TOTAL EXPENSES OF ADMINISTRATION                          $            .00

 Attorney fees paid and disclosed by debtor           $       650.00
==================================================================


==================================================================
 Scheduled Creditors:

 Creditor             Claim        Claim        Claim        Principal     Int.
  Name       Class   Scheduled    Asserted     Allowed         Paid        Paid

CITIMORTGAGE INC     SECURED   151,000.00        .00          .00          .00         .00
CITIMORTGAGE INC     UNSECURED  73,896.00        NA           NA           .00         .00
SANTANDER CONSUMER U SECURED    12,375.00        .00       15,838.00       .00         .00
SANTANDER CONSUMER U UNSECURED   3,463.00        NA           NA           .00         .00
VILLAGE OF RICHTON P SECURED       222.82        .00          222.82       .00         .00
VILLAGE OF RICHTON P UNSECURED     222.82        NA           NA           .00         .00
ILLINOIS DEPT OF REV PRIORITY      400.00        NA           NA           .00         .00
US CELLULAR          UNSECURED   1,199.00        NA           NA           .00         .00
CAPITAL ONE AUTO FIN UNSECURED  13,010.33        NA           NA           .00         .00
SPRINT PCS           UNSECURED     140.00        NA           NA           .00         .00
ALVERNO CLINICAL LAB UNSECURED     176.00        NA           NA           .00         .00
THE COLLEGE NETWORK  UNSECURED   3,723.00        NA           NA           .00         .00
THE COLLEGE NETWORK  UNSECURED   3,723.03        NA           NA           .00         .00
GM FINANCIAL         UNSECURED   1,667.00     1,723.47     1,723.47        .00         .00
UNIVERSITY ANESTHESI UNSECURED      33.00        NA           NA           .00         .00
ASM/CENTER FOR SLEEP UNSECURED     312.40        NA           NA           .00         .00
BANK OF AMERICA      UNSECURED     240.93        NA           NA           .00         .00
MB FINANCIAL         UNSECURED     814.15        NA           NA           .00         .00
CAPITAL ONE BANK     UNSECURED     435.00        NA           NA           .00         .00
FIFTH THIRD BANK OF  UNSECURED     232.02        NA           NA           .00         .00
CHASE BANK USA       UNSECURED     547.00        NA           NA           .00         .00
CHECK N GO           UNSECURED       1.00        NA           NA           .00         .00
CHRIST MEDICAL CENTE UNSECURED      79.77        NA           NA           .00         .00
==================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CITY OF CHICAGO | UNSECURED | 3,500.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 548.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO SECO | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 957.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 451.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 451.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| ST JAMES RADIOLOGIST | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| CROSSCHECK | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 283.95 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,833.09 | NA | NA | .00 | .00 |
| US CELLULAR CORP | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| ATT | UNSECURED | 483.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 859.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| FAMILY CHRISTIAN HEA | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| FEMALE HEALTH CARE A | UNSECURED | 110.80 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 506.00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 312.00 | NA | NA | .00 | .00 |
| LENSCRAFTERS | UNSECURED | 924.00 | NA | NA | .00 | .00 |
| IL DEPT OF REVENUE | UNSECURED | 437.48 | NA | NA | .00 | .00 |
| HEALTH TECHNOLOGY RE | UNSECURED | 460.00 | NA | NA | .00 | .00 |
| HEALTHY SMILES CARE | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 491.00 | NA | NA | .00 | .00 |
| JORGE E BALADRIN MD | UNSECURED | 221.00 | NA | NA | .00 | .00 |
| LABORATORY CORP | UNSECURED | 544.00 | NA | NA | .00 | .00 |
| LEONARD LAWSON MD | UNSECURED | 84.40 | NA | NA | .00 | .00 |
| COOK COUNTY DEPT OF | UNSECURED | 36.04 | NA | NA | .00 | .00 |
| CITIBANK SEARS PREMI | UNSECURED | 2,115.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHGO M | UNSECURED | 160.82 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CONSULTANTS IN PATHO | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| MEDICAL EXPRESS AMBU | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 35.30 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 1,412.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MUNICIPAL COLLECTION | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE TOLL | UNSECURED | 211.50 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NICOR GAS | UNSECURED | 539.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 11,218.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 11,218.00 | NA | NA | .00 | .00 |
| COLLECT AMERICA | UNSECURED | 1,143.00 | NA | NA | .00 | .00 |
| PRARIE STATE PULMONA | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 118.00 | 118.88 | 118.88 | .00 | .00 |
| BLACK EXPRESSIONS BO | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF ORLAND PA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MUNICIPAL COLLECTION | UNSECURED | 250.00 | 3,300.00 | 3,300.00 | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RICHTON P | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 13,268.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 6,631.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | 5,500.00 | .00 | .00 | .00 | .00 |
| SHELL/CITIBANK | UNSECURED | 1,723.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN MEDIC | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ST FRANCIS DE SALES | UNSECURED | 7,110.00 | NA | NA | .00 | .00 |
| ST JAMES HOME HEALTH | UNSECURED | 740.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 1,021.80 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHIC P | UNSECURED | 48.20 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 62.45 | 134.09 | 134.09 | .00 | .00 |
| ISSAN HEALTH CARE | UNSECURED | 1,185.00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 6,114.00 | 6,535.63 | .00 | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 4,515.00 | 4,825.87 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 22,806.00 | 24,914.16 | .00 | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 50.86 | NA | NA | .00 | .00 |
| LVNV FUNDING/CITIBAN | UNSECURED | 2,572.02 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 15,838.00 | .00 | .00 |
| All Other Secured | 222.82 | .00 | .00 |
| **TOTAL SECURED:** | 16,060.82 | .00 | .00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,276.44 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/23/2012                /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**